IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY STEGALL,<br><br>               Plaintiff,<br><br>v.<br><br>SN SERVICING CORPORATION,<br><br>               Defendant. | CIVIL ACTION<br>NO. 16-2122 |

## ORDER

**AND NOW**, this 13th day of March 2017, upon consideration of Plaintiff's Amended Complaint (Doc. No. 14), Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 15), and Plaintiff's Response in Opposition (Doc. No. 21), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 15) is **GRANTED**.

2. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*/s/ Joel H. Slomsky*
JOEL H. SLOMSKY, J.

1